Steven J. Nataupsky (State Bar No. 155,913)
Steven.Nataupsky@kmob.com
Frederick S. Berretta (State Bar No. 144,757)
Fred.Berretta@kmob.com
Boris Zelkind (State Bar No. 214,014)
Boris.Zelkind@kmob.com
Jeremy R. Pierce (State Bar No. 246,961)
Jeremy.Pierce@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street, Suite 1200
San Diego, CA 92101
Phone: (619) 235-8550
Facsimile: (619) 235-0176

Attorneys for Plaintiff
99¢ ONLY STORES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| 99¢ ONLY STORES, a California corporation, | Civil Action No. |
|---|---|
| Plaintiff, | 99¢ ONLY STORES' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| v. | |
| 99¢ PLUS DISCOUNT STORE, a California company, ABDUL RAHMIN, an Individual, and DOES 1-20, INCLUSIVE, | |
| Defendants. | |

-1-

1     Pursuant to Civil Local Rule 3-16, the undersigned counsel of record for Plaintiff 99¢ Only Stores certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities other than the Plaintiff have either (i) a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    None.

Dated: December 14, 2007

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

By: _____
Steven J. Nataupsky
Frederick S. Berretta
Boris Zelkind
Jeremy R. Pierce

Attorneys for Plaintiff 99¢ ONLY STORES

99CENTL.109L
4627558
120607

-1-

Certificate of Interested Entities