| Attorney or Party without Attorney:<br>STEVEN J. NATAUPSKY, ESQ., Bar #155913<br>KNOBBE, MARTENS, OLSON & BEAR LLP<br>2040 MAIN STREET<br>14TH FLOOR<br>IRVINE, CA 92614<br>Telephone No: 949-760-0404     FAX No: 949-760-9502 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | |
| Plaintiff: $.99 ONLY STORE | |
| Defendant: $.99 PLUS DISCOUNT STORE | |

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 07 6395 EMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint; Civil Case Cover Sheet; $.99 Stores' Certificate Of Interested Entities Or Persons; Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen; Standing Order For All Judges Of The Northern District Of California; Ecf Registration Information Handout ; Drop Box Filing Procedures; U.S. District Court, San Francisco Guidelines

3. a. Party served:         $.99 PLUS DISCOUNT STORE
   b. Person served:        Maged Ali, agent authorized to accept service of process

4. Address where the party was served:   585 A. FRONT STREET
                                          SOLEDAD, CA 93960

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jan. 10, 2008 (2) at: 1:22PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: $.99 PLUS DISCOUNT STORE
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. KATHY YOUNG
                                                              d. *The Fee for Service was:*    $155.00
   First Legal Support Services                               e. I am: (3) registered California process server
   ATTORNEY SERVICES                                             (i)   Independent Contractor
   1511 BEVERLY BOULEVARD                                        (ii)  Registration No.:   68
   Los Angeles, CA 90026                                         (iii) County:             Monterey
   (213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Wed, Jan. 16, 2008

   Judicial Council Form POS-010                PROOF OF SERVICE                    (KATHY YOUNG)
   Rule 982.9.(a)&(b) Rev January 1, 2007       SUMMONS & COMPLAINT                 1825076.jp.stena.108087