| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| STEVEN J. NATAUPSKY, ESQ., Bar #155913<br>KNOBBE, MARTENS, OLSON & BEAR LLP<br>2040 MAIN STREET<br>14TH FLOOR<br>IRVINE, CA 92614 | | | | |
| Telephone No: 949-760-0404    FAX No: 949-760-9502 | | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States District Court Northern District Of California | | | | |
| Plaintiff: 99¢ ONLY STORE | | | | |
| Defendant: 99¢ PLUS DISCOUNT STORE | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 07 6395 EMC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint; Civil Cover Sheet; 99¢ Stores' Certificate Of Interested Entities Or Persons; Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen; Standing Order For All Judges Of The Northern District Of California; Ecf Registration Information Handout ; Drop Box Filing Procedures; U.S. District Court, San Francisco Guidlines

3. a. Party served:                                ABDUL RAHMIN, an Individual
   b. Person served:                             SERVED UNDER F.R.C.P. RULE 4

4. Address where the party was served:   585 A. FRONT STREET
                                            SOLEDAD, CA 93960

5. I served the party:
   b. **by substituted service.** On: Sun., Jan. 13, 2008 at: 9:19AM by leaving the copies with or in the presence of:
      Kassim Quaid, Person-In-Charge
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left. I mailed the document on: Sun., Jan. 13, 2008 from: SOLEDAD, CA
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RAYMOND PETERSON                  d. **The Fee for Service was:** $155.00
                                         e. I am: (3) registered California process server
   **First Legal Support Services** sm        (i) Owner
   ATTORNEY SERVICES                          (ii) Registration No.:   68
   1511 BEVERLY BOULEVARD                     (iii) County:            Monterey
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Wed, Jan. 16, 2008

   Judicial Council Form POS-010            PROOF OF SERVICE            (RAYMOND PETERSON)
   Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMONS & COMPLAINT          1825289:ja.stena.108103

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| STEVEN J. NATAUPSKY, ESQ., Bar #155913<br>KNOBBE, MARTENS, OLSON & BEAR LLP<br>2040 MAIN STREET<br>14TH FLOOR<br>IRVINE, CA 92614<br>Telephone No: 949-760-0404   FAX: No: 949-760-9502 | Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | |
| Plaintiff: 99¢ ONLY STORE<br>Defendant: 99¢ PLUS DISCOUNT STORE | | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 07 6395 EMC |
|---|---|---|---|---|

1. I, RAYMOND PETERSON, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant ABDUL RAHMIN, an Individual as follows:

2. **Documents:** Summons In A Civil Case; Complaint; Civil Cover Sheet; 99¢ Stores' Certificate Of Interested Entities Or Persons; Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen; Standing Order For All Judges Of The Northern District Of California; Ecf Registration Information Handout ; Drop Box Filing Procedures; U.S. District Court, San Francisco Guidlines.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 01/10/08 | 1:22pm | Business | Per Kassim Quaid, person in charge, subject is out of the country for sevral months Attempt made by: RAYMOND PETERSON. Attempt at: 585 A. FRONT STREET SOLEDAD CA 93960. |
| Fri | 01/11/08 | 10:17am | Business | Per co-worker subject is not in and is not sure if he will be coming back any time soon. Attempt made by: RAYMOND PETERSON. Attempt at: 585 A. FRONT STREET SOLEDAD CA 93960. |
| Sat | 01/12/08 | 8:35am | Business | Doors locked, it appears that the business is closed for the day. Attempt made by: RAYMOND PETERSON. Attempt at: 585 A. FRONT STREET SOLEDAD CA 93960. |
| Sun | 01/13/08 | 9:19am | Business | Substituted Service on: ABDUL RAHMIN, an Individual Business - 585 A. FRONT STREET SOLEDAD, CA. 93960 by Serving: SERVED UNDER F.R.C.P. RULE 4 a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served by leaving a copy of the document(s) with: Kassim Quaid, Person-In-Charge. Served by: RAYMOND PETERSON |
| Sun | 01/13/08 | | | Mailed copy of Documents to: ABDUL RAHMIN, an Individual |

3. *Person Executing*
   a. RAYMOND PETERSON
   **b. FIRST LEGAL SUPPORT SERVICES**
      1511 BEVERLY BOULEVARD
      LOS ANGELES, CA 90026
   c. (213) 250-1111, FAX (213) 250-1197

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d.. *The Fee for service was:* $155.00
   e. *I am:* (3) registered California process server
      (i) Employee
      (ii) Registration No.: 68
      (iii) County: Monterey

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Wed, Jan. 16, 2008   **AFFIDAVIT OF REASONABLE DILIGENCE**   _____ (RAYMOND PETERSON)