UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 99¢ ONLY STORES, a California corporation,<br>Plaintiff(s),<br>v.<br>99¢ PLUS DISCOUNT STORE, a California company, ABDUL RAHMIN<br>Defendant(s). | No. C 07-6395 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

s/Boris Zelkind

Dated: March 20, 2008

_____
Signature

Counsel for  Plaintiff 99¢ Only Stores
(Plaintiff, Defendant, or indicate "pro se")

NDC-06