**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                           General Court Number
Clerk                                                                    415.522.2000

**March 24, 2008**

CASE NUMBER:  CV 07-06395 EMC
CASE TITLE:  99CENTS ONLY STORES-v-99CENTS PLUS DISCOUNT STORE

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable CHARLES R. BREYER** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CRB** immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/24/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                        Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                Special Projects
Log Book Noted                                        Entered in Computer 3/24/08 MAB

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                Transferor CSA