**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 99CENTS ONLY STORES, | No. C 07-06395 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| 99CENTS PLUS DISCOUNT STORE, | |
| Defendant. | |

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, April 04, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer. The initial case management scheduling order shall remain the same.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: March 26, 2008                                   FOR THE COURT,

                                                        Richard W. Wieking, Clerk

                                                        By:_____
                                                        Barbara Espinoza
                                                        Courtroom Deputy