Steven J. Nataupsky (State Bar No. 155,913)
*Steven.Nataupsky@kmob.com*
Frederick S. Berretta (State Bar No. 144,757)
*Fred.Berretta@kmob.com*
Boris Zelkind (State Bar No. 214,014)
*Boris.Zelkind@kmob.com*
Jeremy R. Pierce (State Bar No. 246,961)
*Jeremy.Pierce@kmob.com*
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street, Suite 1200
San Diego, CA 92101
Phone: (619) 235-8550
Facsimile: (619) 235-0176

Attorneys for Plaintiff
99¢ ONLY STORES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 99¢ ONLY STORES, a California corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>99¢ PLUS DISCOUNT STORE, a California company, ABDUL RAHMIN, an Individual, and DOES 1-20, INCLUSIVE,<br><br>          Defendants. | Civil Action No. 07-cv-06395-EMC<br><br>**PLAINTIFF'S REQUEST FOR THE ENTRY OF DEFAULT AGAINST DEFENDANT 99¢ PLUS DISCOUNT STORE PURSUANT TO FRCP 55(a)** |

Request to Enter Default Against                                    Case No. 07-cv-06395-EMC
Defendant 99¢ Plus Discount Store

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff 99¢ Only Stores ("99¢") hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant 99¢ Plus Discount Store on the ground that said Defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the complaint on Defendant 99¢ Plus Discount Store on January 10, 2008, as evidenced by the proof of service of summons on file with this Court. There has been no waiver of service or agreement to extend the time to answer or otherwise plead. The above stated facts are set forth in the accompanying declaration of Boris Zelkind, filed herewith.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 3, 2008           By: s/ Boris Zelkind
                                   Steven J. Nataupsky
                                   Frederick S. Berretta
                                   Boris Zelkind
                                   Jeremy R. Pierce

Attorneys for Plaintiff 99¢ ONLY STORES

99CENTL.109L
4974349
030508

Request to Enter Default Against           - 1 -           Case No. 07-cv-06395-EMC
Defendant 99¢ Plus Discount Store