Steven J. Nataupsky (State Bar No. 155,913)
*Steven.Nataupsky@kmob.com*
Frederick S. Berretta (State Bar No. 144,757)
*Fred.Berretta@kmob.com*
Boris Zelkind (State Bar No. 214,014)
*Boris.Zelkind@kmob.com*
Jeremy R. Pierce (State Bar No. 246,961)
*Jeremy.Pierce@kmob.com*
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street, Suite 1200
San Diego, CA 92101
Phone: (619) 235-8550
Facsimile: (619) 235-0176

Attorneys for Plaintiff
99¢ ONLY STORES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 99¢ ONLY STORES, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>99¢ PLUS DISCOUNT STORE, a California company, ABDUL RAHMIN, an Individual, and DOES 1-20, INCLUSIVE,<br><br>Defendants. | Civil Action No. 07-cv-06395-EMC<br><br>**DECLARATION OF BORIS ZELKIND IN SUPPOR OF PLAINTIFF'S REQUEST FOR THE ENTRY OF DEFAULT AGAINST DEFENDANT 99¢ PLUS DISCOUNT STORE** |

Decl. of Boris Zelkind Supporting Request to Enter Default against Defendants 99¢ Plus Discount Store

Case No. 07-cv-06395-EMC

I, Boris Zelkind, declare as follows:

1. I am a partner with the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for the Plaintiff 99¢ Only Stores ("99¢"). The following declaration is based on personal knowledge. If called to testify, I could and would testify competently to the matters set forth herein.

2. This declaration is being filed in support of 99¢'s Request For The Entry Of Default Against Defendants 99¢ Plus Discount Store.

3. Plaintiff personally served the complaint on Defendant 99¢ Plus Discount Store on January 10, 2008, as evidenced by the proof of service filed with the Court.

4. The time of 20 days after service of the complaint, January 30, 2008, prescribed by the Federal Rules of Civil Procedure for Defendant 99¢ Plus Discount Store to appear or otherwise respond to the complaint has expired.

5. Defendant 99¢ Plus Discount Store has never contacted Plaintiff's counsel to either request a waiver of service or an extension of time to answer or otherwise plead.

6. Defendant 99¢ Plus Discount Store has not appeared in this action and has not otherwise responded to the complaint.

7. Upon information and belief, Defendant 99¢ Plus Discount Store is neither a minor nor an incompetent person.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 3rd day of April 2008, at San Diego, California.

_____
Boris Zelkind

99CENTL.109L
4974470_1
030508

Decl. of Boris Zelkind Supporting Request to
Enter Default against Defendants 99¢
Plus Discount Store                         -1-                    Case No. 07-cv-06395-EMC