1 | Steven J. Nataupsky (State Bar No. 155,913)
*Steven.Nataupsky@kmob.com*
2 | Frederick S. Berretta (State Bar No. 144,757)
*Fred.Berretta@kmob.com*
3 | Boris Zelkind (State Bar No. 214,014)
*Boris.Zelkind@kmob.com*
4 | Jeremy R. Pierce (State Bar No. 246,961)
*Jeremy.Pierce@kmob.com*
5 | KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street, Suite 1200
6 | San Diego, CA 92101
Phone: (619) 235-8550
7 | Facsimile: (619) 235-0176

8 | Attorneys for Plaintiff
99¢ ONLY STORES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| 99¢ ONLY STORES, a California corporation, | ) Civil Action No. 07-cv-06395-EMC |
|---|---|
| Plaintiff, | ) **PLAINTIFF'S REQUEST FOR THE ENTRY OF DEFAULT AGAINST DEFENDANT ABDUL RAHMIN PURSUANT TO FRCP 55(a)** |
| v. | |
| 99¢ PLUS DISCOUNT STORE, a California company, ABDUL RAHMIN, an Individual, and DOES 1-20, INCLUSIVE, | |
| Defendants. | |

Request to Enter Default Against                                        Case No. 07-cv-06395-EMC
Defendant Abdul Rahmin

*1*  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

*2*  Plaintiff 99¢ Only Stores ("99¢") hereby requests that the Clerk of the above-entitled
*3*  Court enter default in this matter against Defendant Abdul Rahmin on the ground that said
*4*  Defendant has failed to appear or otherwise respond to the complaint within the time
*5*  prescribed by the Federal Rules of Civil Procedure. Plaintiff served the complaint on
*6*  Defendant Rahmin on January 13, 2008, evidenced by the proof of service of summons on file
*7*  with this Court. There has been no waiver of service or agreement to extend the time to
*8*  answer or otherwise plead. The above stated facts are set forth in the accompanying
*9*  declaration of Boris Zelkind, filed herewith.

*10*

*11*  Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

*12*

*13*

Dated: April 3, 2008     By: s/ Boris Zelkind
*14*                             Steven J. Nataupsky
                                Frederick S. Berretta
*15*                             Boris Zelkind
                                Jeremy R. Pierce
*16*
                        Attorneys for Plaintiff 99¢ ONLY STORES
*17*

*18*  99CENTL.109L
      4974222_1
      030508
*19*

*20*

*21*

*22*

*23*

*24*

*25*

*26*

*27*

*28*

Request to Enter Default Against          - 1 -          Case No. 07-cv-06395-EMC
Defendant Abdul Rahmin