Steven J. Nataupsky (State Bar No. 155,913)
*Steven.Nataupsky@kmob.com*
Frederick S. Berretta (State Bar No. 144,757)
*Fred.Berretta@kmob.com*
Boris Zelkind (State Bar No. 214,014)
*Boris.Zelkind@kmob.com*
Jeremy R. Pierce (State Bar No. 246,961)
*Jeremy.Pierce@kmob.com*
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street, Suite 1200
San Diego, CA 92101
Phone: (619) 235-8550
Facsimile: (619) 235-0176

Attorneys for Plaintiff
99¢ ONLY STORES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 99¢ ONLY STORES, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>99¢ PLUS DISCOUNT STORE, a California company, ABDUL RAHMIN, an Individual, and DOES 1-20, INCLUSIVE,<br><br>Defendants. | Civil Action No. 07-cv-06395-EMC<br><br>**DECLARATION OF BORIS ZELKIND IN SUPPORT OF REQUEST FOR THE ENTRY OF DEFAULT AGAINST DEFENDANT ABDUL RAHMIN** |

I, Boris Zelkind, declare as follows:

1. I am a partner with the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for the Plaintiff 99¢ Only Stores ("99¢"). The following declaration is based on personal knowledge. If called to testify, I could and would testify competently to the matters set forth herein.

2. This declaration is being filed in support of 99¢'s Request For The Entry Of Default Against Defendant Abdul Rahmin.

3. Plaintiff personally served the complaint on Defendant Abdul Rahmin on January 13, 2008, as evidenced by the proof of service filed with the Court, docket entry.

4. The time of 20 days after service of the complaint, February 4, 2008, prescribed by the Federal Rules of Civil Procedure for Defendant Abdul Rahmin to appear or otherwise respond to the complaint has expired.

5. Defendant Abdul Rahmin has never contacted Plaintiff's counsel to either request a waiver of service or an extension of time to answer or otherwise plead.

6. Defendant Abdul Rahmin has not appeared in this action and has not otherwise responded to the complaint.

7. Upon information and belief, Defendant Abdul Rahmin is neither a minor nor an incompetent person.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 3rd day of April 2008, at San Diego, California.

_____
Boris Zelkind

99CENTL.109L
4974607_1
030508

Decl. of Boris Zelkind Supporting Request to
Enter Default against Defendant
Abdul Rahmin                                    -1-                          Case No. 07-cv-06395-EMC