Steven J. Nataupsky (State Bar No. 155,913)
*Steven.Nataupsky@kmob.com*
Frederick S. Berretta (State Bar No. 144,757)
*Fred.Berretta@kmob.com*
Boris Zelkind (State Bar No. 214,014)
*Boris.Zelkind@kmob.com*
Jeremy R. Pierce (State Bar No. 246,961)
*Jeremy.Pierce@kmob.com*
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street, Suite 1200
San Diego, CA 92101
Phone: (619) 235-8550
Facsimile: (619) 235-0176

Attorneys for Plaintiff
99¢ ONLY STORES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 99¢ ONLY STORES, a California corporation,  )  <br>  )  <br>Plaintiff,  )  <br>  )  <br>v.  )  <br>  )  <br>99¢ PLUS DISCOUNT STORE, a California  )  <br>company, ABDUL RAHMIN, an Individual, and  )  <br>DOES 1-20, INCLUSIVE,  )  <br>  )  <br>Defendants.  )  <br>  ) | Civil Action No. 07-cv-06395-EMC  <br>  <br>**PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Request to Continue Case Management
Conference                                                                              Case No. 07-cv-06395-EMC

1  Plaintiff, 99¢ ONLY STORES ("NDN") respectfully request this Court to continue the
2  case management conference currently set for Friday, April 4, 2008 at 8:30 a.m. before the
3  Honorable Charles R. Breyer to Friday, June 6, 2008 at 8:30 a.m. NDN is seeking relief from
4  the Order setting the initial case management conference, dated March 26, 2008, pursuant to
5  Civil L. R. 16-2(d). Defendants have failed to appear or otherwise respond to the complaint
6  within the time prescribed by the Federal Rules of Civil Procedure. Thus, NDN has filed a
7  Request For The Entry Of Default Against Defendants 99¢ Plus Discount Store and Abdul
8  Rahmin (docket entry Numbers 12 and 14, respectively). After entry of default, NDN will
9  seek default judgment against the Defendants and intends to file a motion for such relief.
10  These facts are supported by the declaration of Boris Zelkind, provided herewith. Therefore,
11  NDN proposes to continue the case management conference for sixty (60) days, until June 6,
12  2008.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 3, 2008    By: s/ Boris Zelkind
                            Steven J. Nataupsky
                            Frederick S. Berretta
                            Boris Zelkind
                            Jeremy R. Pierce

                            Attorneys for Plaintiff 99¢ ONLY STORES

99CENTL.109L
5108641_1
040308

Request to Enter Default Against        - 1 -        Case No. 07-cv-06395-EMC
Defendant Abdul Rahmin