1  Steven J. Nataupsky (State Bar No. 155,913)
   *Steven.Nataupsky@kmob.com*
2  Frederick S. Berretta (State Bar No. 144,757)
   *Fred.Berretta@kmob.com*
3  Boris Zelkind (State Bar No. 214,014)
   *Boris.Zelkind@kmob.com*
4  Jeremy R. Pierce (State Bar No. 246,961)
   *Jeremy.Pierce@kmob.com*
5  KNOBBE, MARTENS, OLSON & BEAR, LLP
   550 West C Street, Suite 1200
6  San Diego, CA 92101
   Phone: (619) 235-8550
7  Facsimile: (619) 235-0176

8  Attorneys for Plaintiff
   99¢ ONLY STORES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| 99¢ ONLY STORES, a California corporation, | ) Civil Action No. 07-cv-06395-EMC |
|---|---|
| Plaintiff, | ) **DECLARATION OF BORIS ZELKIND IN SUPPORT OF PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | ) |
| 99¢ PLUS DISCOUNT STORE, a California company, ABDUL RAHMIN, an Individual, and DOES 1-20, INCLUSIVE, | ) |
| Defendants. | ) |

Decl. of Boris Zelkind Supporting Request for
Continuance of Case Management Confernce                                Case No. 07-cv-06395-EMC

I, Boris Zelkind, declare as follows:

1. I am a partner with the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for the Plaintiff 99¢ Only Stores ("NDN"). The following declaration is based on personal knowledge. If called to testify, I could and would testify competently to the matters set forth herein.

2. This declaration is being filed in support of NDN's Request To Continue the Case Management Conference.

3. NDN served the complaint on Defendant 99¢ Plus Discount Store on January 10, 2008, as evidenced by the proof of service filed with the Court.

4. NDN served the complaint on Defendant Abdul Rahmin on January 13, 2008, as evidenced by the proof of service filed with the Court.

5. The time of 20 days after service of the complaint, prescribed by the Federal Rules of Civil Procedure, for both Defendants to appear or otherwise respond to the complaint has expired.

6. Defendants have not appeared in this action. They did not answer and did not otherwise respond to the complaint.

7. Earlier today, on April 3, 2008, NDN filed requests for entry of default against both Defendants 99¢ Plus Discount Store and Abdul Rahmin.

8. After entry of default, NDN intends to seek default judgment against the Defendants.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 3rd day of April 2008, at San Diego, California.

_____
Boris Zelkind

99CENTL.109L
5108971_1

Decl. of Boris Zelkind Supporting Request for
Continuance of Case Management Conference

-1-                                      Case No. 07-cv-06395-EMC