Steven J. Nataupsky (State Bar No. 155,913)
*Steven.Nataupsky@kmob.com*
Frederick S. Berretta (State Bar No. 144,757)
*Fred.Berretta@kmob.com*
Boris Zelkind (State Bar No. 214,014)
*Boris.Zelkind@kmob.com*
Jeremy R. Pierce (State Bar No. 246,961)
*Jeremy.Pierce@kmob.com*
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street, Suite 1200
San Diego, CA 92101
Phone: (619) 235-8550
Facsimile: (619) 235-0176

Attorneys for Plaintiff
99¢ ONLY STORES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 99¢ ONLY STORES, a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>99¢ PLUS DISCOUNT STORE, a California company, ABDUL RAHMIN, an Individual, and DOES 1-20, INCLUSIVE,<br><br>    Defendants. | Civil Action No. 07-cv-06395-EMC<br><br>[~~PROPOSED~~] **ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERNCE** |

[Proposed] Order Granting Continuance
of Case Management Conference                        No. 07-cv-06395-EMC

*1*   **IT IS ORDERED** that the Case Management Conference currently set for April 04,
*2* 2008, is continued until June 6, 2008 and will be held at 8:30 a.m. before the Honorable
*3* Charles R. Breyer.

*4*

*5*

*6* Dated: April  04 , 2008

*7* U.S. District Judge Charles J. Breyer

*8*

*9*

*10*

*11* 5108929_1
040308

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

[Proposed] Order Granting Continuance
Of Case Management Conference                - 1 -                Case No. 07-cv-06395-EMC