**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 7, 2008

RE:  <u>CV 07-06395 CRB</u>     <u>99CENTS ONLY STORES-v- 99CENTS PLUS DISCOUNT STORE</u>

Default is entered as to **defendant 99c Plus Discount Store** on **April 7, 2008**.


                    RICHARD W. WIEKING, Clerk


                    by     <u>Maria Loo</u>
                    Case Systems Administrator

NDC TR-4  Rev. 3/89