*1* Steven J. Nataupsky (State Bar No. 155,913)
*Steven.Nataupsky@kmob.com*
*2* Frederick S. Berretta (State Bar No. 144,757)
*Fred.Berretta@kmob.com*
*3* Boris Zelkind (State Bar No. 214,014)
*Boris.Zelkind@kmob.com*
*4* Jeremy R. Pierce (State Bar No. 246,961)
*Jeremy.Pierce@kmob.com*
*5* KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street, Suite 1200
*6* San Diego, CA 92101
Phone: (619) 235-8550
*7* Facsimile: (619) 235-0176

*8* Attorneys for Plaintiff
99¢ ONLY STORES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 99¢ ONLY STORES, a California corporation, | Civil Action No. 07-cv-06395-CRB |
| Plaintiff, | **PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS 99¢ PLUS DISCOUNT STORE AND ABDUL RAHMIN PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(B)(2)** |
| v. | |
| 99¢ PLUS DISCOUNT STORE, a California company, ABDUL RAHMIN, an Individual, and DOES 1-20, INCLUSIVE, | |
| Defendants. | Date:  June 6, 2008
Time:  8:30 a.m.
Ctrm:  8

Before the Honorable Charles R. Breyer |

Plaintiff's Application For Default Judgment
Against Defendants                                                                 Case No. 07-cv-06395-CRB

PLEASE TAKE NOTICE THAT on June 6, 2008, at 8:30 a.m. or at the Court's earliest convenience, Plaintiff, 99¢ Only Stores, will present its application for an Order entering Default Judgment against Defendants 99¢ Plus Discount Store and Abdul Rahmin. The clerk has previously entered default against the defendants on April 7, 2008.

At the time and place of hearing, 99¢ Only Stores will present proof of the following matters:

1)	On April 7, 2008, the Clerk of the Court entered default against Defendants 99¢ Plus Discount Store and Abdul Rahmin for failure to respond to the Summons and Complaint. Defendants were personally served with the Summons and Complaint on January 10, 2008 and January 13, 2008, respectfully.

2)	99¢ Plus Discount Store and Abdul Rahmin is neither an infant nor an incompetent person or in military service.

3)	99¢ Plus Discount Store and Abdul Rahmin have not appeared in this action.

4)	Plaintiff 99¢ Only Stores is entitled to the relief granted in the [Proposed] Entry of Default Judgment filed concurrently with this paper, including costs in the amount of $1308.46.

The effect of a defendant's default and failure to answer a well-pled complaint is that the liability of the defendant is established by the default. "The general rule of law is that upon default the factual allegations of the complaint, except those relating to the amount of damages, will be taken as true." *TeleVideo Systems, Inc. v. Heidenthal,* 826 F.2d 915, 917-918 (9th Cir. 1987), *quoting Geddes v. United Financial Group*, 559 F.2d 557, 560 (9th Cir. 1977).

Therefore, the well-pleaded allegations of Plaintiff's Complaint are deemed admitted. The defendant "should not be given the opportunity to litigate what is already considered admitted in the law." *Nishimatsu Construction Co., Ltd. v. Houston Nat'l Bank*, 515 F.2d 1200, 1206 (5th Cir. 1975). "The defendant, by his default, admits the plaintiff's well-pleaded allegations of fact, is concluded on those facts by the judgment, and is barred from contesting on appeal the facts thus established." *Id.*; *see also Danning v. Lavine*, 572 F.2d 1386, 1388

1. (9th Cir. 1978) ("Upon entry of a default judgment, facts alleged to establish liability are binding upon the defaulting party, and those matters may not be relitigated on appeal.").

    This application is based on this Notice, the attached declaration of Boris Zelkind, and the pleadings, files and other matters that may be presented at the hearing.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: May 29, 2008        By: s/Boris Zelkind
                                Steven J. Nataupsky
                                Frederick S. Berretta
                                Boris Zelkind
                                Jeremy R. Pierce

                                Attorneys for Plaintiff 99¢ ONLY STORES

99CENTL.109L
5228858
050108

# CERTIFICATE OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, 14th Floor, Irvine, California 92614.

On May 29, 2008, I served the within **PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS 99¢ PLUS DISCOUNT STORE AND ABDUL RAHMIN** on the parties shown below, by placing it in a sealed envelope addressed as follows:

**VIA HAND DELIVERY TO:**

**ABDUL RAHMIN**
**585 A. Front Street**
**Soledad, CA 93960**

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 29, 2008, at Irvine, California.

*Jennifer A. Strasser*
Jennifer A. Strasser

99CENTL.109L
5228858
050108

Against Defendants                          - 3 -                    Case No. 07-cv-06395-CRB