Steven J. Nataupsky (State Bar No. 155,913)
Steven.Nataupsky@kmob.com
Frederick S. Berretta (State Bar No. 144,757)
Fred.Berretta@kmob.com
Boris Zelkind (State Bar No. 214,014)
Boris.Zelkind@kmob.com
Jeremy R. Pierce (State Bar No. 246,961)
Jeremy.Pierce@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street, Suite 1200
San Diego, CA 92101
Phone: (619) 235-8550
Facsimile: (619) 235-0176

Attorneys for Plaintiff
99¢ ONLY STORES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 99¢ ONLY STORES, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>99¢ PLUS DISCOUNT STORE, a California company, ABDUL RAHMIN, an Individual, and DOES 1-20, INCLUSIVE,<br><br>Defendants. | Civil Action No. 07-cv-06395-CRB<br><br>**DECLARATION OF BORIS ZELKIND IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS 99¢ PLUS DISCOUNT STORE AND ABDUL RAHMIN PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(B)(2)**<br><br>Date: June 6, 2008<br>Time: 8:30 a.m.<br>Ctrm: 8<br><br>Honorable Charles R Breyer. |

I, Boris Zelkind, declare as follows:

1. I am a partner with the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for the Plaintiff 99¢ Only Stores ("NDN"). The following declaration is based on personal knowledge. If called to testify, I could and would testify competently to the matters set forth herein.

2. This declaration is being filed in support of Plaintiff's Application for Entry of Default Judgment.

3. NDN served the complaint on Defendant 99¢ Plus Discount Store on January 10, 2008, as evidenced by the proof of service filed with the Court.

4. NDN served the complaint on Defendant Abdul Rahmin on January 13, 2008, as evidenced by the proof of service filed with the Court.

5. Defendants have not appeared in this action. They did not answer and did not otherwise respond to the complaint.

6. On April 7, 2008, the Clerk of the Court entered default against Defendants 99¢ Plus Discount Store and Abdul Rahmin for failure to respond to the Summons and Complaint.

7. NDN is seeking total costs in the amount of $1,308.46. NDN expended $747.48 in fees for Service of Process. NDN spent $490.00 to conduct an investigation of Defendants' store and location to verify that Defendants were using infringing marks and to conduct a reasonable inquiry prior to filing the Complaint. Finally, NDN accumulated $70.98 in costs as a result of repeated Federal Express deliveries of legal documents, including cease and desist letters and sample complaints, to which Defendants failed to respond. Attached as Exhibit A is a true and correct copy of redacted invoices for legal services rendered as a result of Defendants' infringement with privileged information removed. The attached invoices evidence the above described costs incurred in this litigation. Note that duplication costs were not included in the calculation of the requested costs amount.

/ / /

/ / /

/ / /

Decl of Boris Zelkind in support of
Application For Default Judgment      - 1 -      Case No. 07-cv-06395-CRB

1  I declare under penalty of perjury under the laws of the United States that the
2  foregoing is true and correct.
3  Executed this 29th day of May 2008, at San Diego, California.

_____
Boris Zelkind

99CENTL.109L
5229491
050108

# CERTIFICATE OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, 14th Floor, Irvine, California 92614.

On May 29, 2008, I served the within **DECLARATION OF BORIS ZELKIND IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS 99¢ PLUS DISCOUNT STORE AND ABDUL RAHMIN** on the parties shown below, by placing it in a sealed envelope addressed as follows:

**VIA HAND DELIVERY TO:**

**ABDUL RAHMIN**
**585 A. Front Street**
**Soledad, CA 93960**

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 29, 2008, at Irvine, California.

*Jennifer A. Strasser*
Jennifer A. Strasser

99CENTL.109L
5229491
050108

Decl of Boris Zelkind in support of
Application For Default Judgment         - 3 -                    Case No. 07-cv-06395-CRB