# Knobbe Martens Olson & Bear LLP

| | |
|---|---|
| Matter Number: | **99CENT.109TIS** |
| Matter Name: | 99CENT PLUS DISCOUNT STORE/ MARK: 99 CENTS PLUS |

## COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 6/4/07 | FEDEX DELIVERY OF LEGAL DOCUMENTS INV.# 2-082-92990 | 12.05 |
| | **Total** | **12.05** |

## SUMMARY OF MATTER CHARGES

| | |
|---|---|
| Legal Fees | 0.00 |
| Costs Advanced | 12.05 |
| Total Charges for Matter | 12.05 |

Redacted

| | |
|---|---|
| **Net Due on Matter 99CENT.109TIS** | **12.05** |

REDACTED

# Knobbe Martens Olson & Bear LLP

Matter Number:        **99CENT.109TIS**
Matter Name:          99CENT PLUS DISCOUNT STORE/ MARK: 99 CENTS PLUS

## LEGAL FEES

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|

REDACTED

## COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| 7/31/07 | PHOTOCOPY CHARGES | 9.60 |
| | **Total** | **9.60** |

## SUMMARY OF MATTER CHARGES

Redacted

Costs Advanced                                    9.60

Redacted

Exhibit A

-5-



| Matter Number: | **99CENT.109TIS** |
|---|---|
| Matter Name: | 99CENT PLUS DISCOUNT STORE/ MARK: 99 CENTS PLUS |

## LEGAL FEES

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| | | Redacted | | |

## COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 7/18/07 | DELIVERY OF LEGAL DOCUMENTS FEDEX - INV.#2-172-33185 | 19.23 |
| | **Total** | **19.23** |

## SUMMARY OF MATTER CHARGES

Redacted

| | |
|---|---|
| Costs Advanced | 19.23 |

Redacted

Exhibit A

-6-

# Knobbe Martens Olson & Bear LLP

| | |
|---|---|
| Matter Number: | **99CENT.109TIS** |
| Matter Name: | 99CENT PLUS DISCOUNT STORE/ MARK: 99 CENTS PLUS |

## LEGAL FEES

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| | Redacted | | |

## COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| 7/27/07 | FEDEX INV 2-172-31185, DELIVERY OF DOCUMENTS | 19.23 |
| | **Total** | **19.23** |

## SUMMARY OF MATTER CHARGES

Redacted

| | | |
|---|---|---|
| Costs Advanced | | 19.23 |

Redacted

# Knobbe Martens Olson & Bear LLP

Matter Number:     **99CENT.109TIS**
Matter Name:       99CENT PLUS DISCOUNT STORE/ MARK: 99 CENTS PLUS

## LEGAL FEES

| Date | Description | | Hours | Amount |
|------|-------------|--|-------|--------|
| | | Redacted | | |

## COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| 10/19/07 | FIRST LEGAL INVESTIGATIONS INV 14241 DELIVERY TO 99C PLUS DICOUNT STORE IN SOLEDAD CA | 490.00 |
| | **Total** | **490.00** |

## SUMMARY OF MATTER CHARGES

Redacted

| | |
|--|--|
| Costs Advanced | 490.00 |

Redacted


# Knobbe Martens Olson & Bear LLP

Matter Number:        **99CENTL.109L**
Matter Name:          99C ONLY STORES V. 99 PLUS DISCOUNT STORE

## LEGAL FEES

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|

REDACTED

# Knobbe Martens Olson & Bear LLP

Redacted

## COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| 12/31/07 | FEDERAL EXPRESS - DELIVERY OF LEGAL DOCUMENTS | 20.47 |
| | **Total** | **20.47** |

## SUMMARY OF MATTER CHARGES

Redacted

| | |
|---|---|
| Costs Advanced | 20.47 |

Redacted

| | |
|---|---|
| Less: Applied Retainer | 0.00 |

Redacted

# Knobbe Martens Olson & Bear LLP

99CENTL / BOZ
Invoice No. 668565

Matter Number:        **99CENTL.109L**
Matter Name:          99C ONLY STORES V. 99 PLUS DISCOUNT STORE

**LEGAL FEES**

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|

REDACTED

**COSTS ADVANCED**

| Date | Description | Amount |
|------|-------------|--------|
| 12/31/07 | U S LEGAL MANAGEMENT INV 58193, DELIVERY OF DOCUMENTS | 436.98 |
| 1/15/08 | U S LEGAL MANAGEMENT INV 58517, DELIVERY OF DOCUMENTS | 310.50 |
| | **Total** | **747.48** |

**SUMMARY OF MATTER CHARGES**

Redacted

Costs Advanced                                                    747.48

Redacted

Redacted

Exhibit A
-11-



**Page 5**

99CENTL / BOZ
Invoice No. 677318

Matter Number:        **99CENTL.109L**
Matter Name:          99C ONLY STORES V. 99 PLUS DISCOUNT STORE

## LEGAL FEES

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|

REDACTED

**Knobbe Martens Olson & Bear LLP**

REDACTED

**COSTS ADVANCED**

| Date | Description | Amount |
|------|-------------|--------|
| 12/12/07 | LEGAL REPROGRAPHICS INC. INV 0207913-IN COLOR PAGES SCANNED; CONVERTED IMAGES TO PDF | 9.96 |
| | **Total** | **9.96** |

**SUMMARY OF MATTER CHARGES**

Redacted

Costs Advanced                                                                          9.96

Redacted

Total Costs                                                                          1328.02

Exhibit A

-13-