1 | Steven J. Nataupsky (State Bar No. 155,913)
*Steven.Nataupsky@kmob.com*
2 | Frederick S. Berretta (State Bar No. 144,757)
*Fred.Berretta@kmob.com*
3 | Boris Zelkind (State Bar No. 214,014)
*Boris.Zelkind@kmob.com*
4 | Jeremy R. Pierce (State Bar No. 246,961)
*Jeremy.Pierce@kmob.com*
5 | KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street, Suite 1200
6 | San Diego, CA 92101
Phone: (619) 235-8550
7 | Facsimile: (619) 235-0176

8 | Attorneys for Plaintiff
99¢ ONLY STORES

9

10

11

12 | **IN THE UNITED STATES DISTRICT COURT**

13 | **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14 | 99¢ ONLY STORES, a California corporation, ) Civil Action No. 07-cv-06395-CRB
)
15 | Plaintiff, ) **PLAINTIFF'S RE-NOTICE OF**
) **APPLICATION FOR ENTRY OF**
16 | v. ) **DEFAULT JUDGMENT AGAINST**
) **DEFENDANTS 99¢ PLUS**
17 | 99¢ PLUS DISCOUNT STORE, a California ) **DISCOUNT STORE AND ABDUL**
company, ABDUL RAHMIN, an Individual, and ) **RAHMIN PURSUANT TO**
18 | DOES 1-20, INCLUSIVE, ) **FEDERAL RULE OF CIVIL**
) **PROCEDURE 55(B)(2)**
19 | Defendants. )
) Date:  July 11, 2008
20 | ) Time:  10:00 a.m.
) Ctrm:  8
21 | )
) Before the Honorable Charles R.
22 | ) Breyer
)
23 |

24

25

26

27

28

Plaintiff's Re-Notice of Application
For Default Judgment
Against Defendants                                                    Case No. 07-cv-06395-CRB

1    PLEASE TAKE NOTICE THAT on July 11, 2008, at 10:00 a.m., or as soon thereafter

2 as the matter may be heard, Plaintiff 99¢ Only Stores will and hereby does move this Court to

3 enter an Order entering Default Judgment against Defendants 99¢ Plus Discount Store and

4 Abdul Rahmin.

5    This Application was originally noticed for June 6, 2008.  It is being re-noticed to meet

6 requirements of Local Rule 7-2.

7    This Motion is based on this Re-Notice of Motion, Plaintiff's Application for Default

8 Judgment filed May 29, 2008, and The Declaration of Boris Zelkind in Support of Plaintiff's

9 Application for Default Judgment against Defendants filed May 29, 2008.

10

11

12                             Respectfully submitted,

13                             KNOBBE, MARTENS, OLSON & BEAR, LLP

14

15  Dated:  May 30, 2008              By:  s/Boris Zelkind
                                          Steven J. Nataupsky
16                                        Frederick S. Berretta
                                          Boris Zelkind
17                                        Jeremy R. Pierce

18                                     Attorneys for Plaintiff 99¢ ONLY STORES

19

20

21

22

23

24

25

26

27

28
    Plaintiff's Re-Notice of Application For
    Default Judgment
    Against Defendants              - 1 -           Case No. 07-cv-06395-CRB

1

## CERTIFICATE OF SERVICE

2        I am a citizen of the United States of America and I am employed in Irvine, California.

3   I am over the age of 18 and not a party to the within action.  My business address is 2040

4   Main Street, 14th Floor, Irvine, California 92614.

5        On May 30, 2008, I served the within **PLAINTIFF'S RE-NOTICE OF**

6   **APPLICATION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS**

7   **99¢ PLUS DISCOUNT STORE AND ABDUL RAHMIN** on the parties shown below, by

8   placing it in a sealed envelope addressed as follows:

9   **VIA U.S. MAIL DELIVERY TO:**

10   **ABDUL RAHMIN**
     **585 A. Front Street**
11   **Soledad, CA 93960**

12   **99¢ PLUS DISCOUNT STORE**
     **585 A. Front Street**
13   **Soledad, CA 93960**

14

15        I declare that I am employed in the office of a member of the bar of this Court at

16   whose direction the service was made.

17        Executed on May 30, 2008, at Irvine, California.

18

19                                              _Jennifer Strasser_
                                                Jennifer A. Strasser

20

21

22
     99CENTL.109L
23   5454638
     053008

24

25

26

27

28
     Plaintiff's Re-Notice of Application For
     Default Judgment
     Against Defendants            - 2 -            Case No. 07-cv-06395-CRB