Steven J. Nataupsky (State Bar No. 155,913)
*Steven.Nataupsky@kmob.com*
Frederick S. Berretta (State Bar No. 144,757)
*Fred.Berretta@kmob.com*
Boris Zelkind (State Bar No. 214,014)
*Boris.Zelkind@kmob.com*
Jeremy R. Pierce (State Bar No. 246,961)
*Jeremy.Pierce@kmob.com*
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street, Suite 1200
San Diego, CA 92101
Phone: (619) 235-8550
Facsimile: (619) 235-0176

Attorneys for Plaintiff
99¢ ONLY STORES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 99¢ ONLY STORES, a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>99¢ PLUS DISCOUNT STORE, a California company, ABDUL RAHMIN, an Individual, and DOES 1-20, INCLUSIVE,<br><br>    Defendants. | Civil Action No. 07-cv-06395-CRB<br><br>**PLAINTIFF'S REQUEST TO VACATE JUNE 6, 2008 CASE MANAGEMENT CONFERENCE**<br><br><br><br>Before the Honorable Charles R. Breyer |

1  Plaintiff 99¢ Only Stores will and hereby does move this Court to vacate the June 6,
2  2008 Case Management Conference before the Honorable Charles R. Breyer.
3  Defendants 99¢ Plus Discount Store and Abdul Rahmin have not appeared in this
4  action, and, on April 7, 2008, the Clerk of the Court entered default against the Defendants.
5  On May 29, 2008, Plaintiff filed an application for default judgment against Defendants that is
6  scheduled to be heard on July 11, 2008.  In view of these developments, Plaintiff respectfully
7  requests the Court to vacate the Case Management Conference currently scheduled for June 6,
8  2008.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  June 4, 2008          By:  s/Boris Zelkind
                                    Steven J. Nataupsky
                                    Frederick S. Berretta
                                    Boris Zelkind
                                    Jeremy R. Pierce

                                    Attorneys for Plaintiff 99¢ ONLY STORES

Plaintiff's Request to Vacate Case
Management Conference          - 1 -          Case No. 07-cv-06395-CRB

## CERTIFICATE OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, 14th Floor, Irvine, California 92614.

On June 4, 2008, I served the within **PLAINTIFF'S REQUEST TO VACATE JUNE 6, 2008 CASE MANAGEMENT CONFERNCE** on the parties shown below, by placing it in a sealed envelope addressed as follows:

**VIA U.S. MAIL DELIVERY TO:**

**ABDUL RAHMIN**
**585 A. Front Street**
**Soledad, CA 93960**

**99¢ PLUS DISCOUNT STORE**
**585 A. Front Street**
**Soledad, CA 93960**

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 4, 2008, at Irvine, California.

_Jennifer A. Strasser_
Jennifer A. Strasser

99CENTL.109L
5472670
060408