Steven J. Nataupsky (State Bar No. 155,913)
*Steven.Nataupsky@kmob.com*
Frederick S. Berretta (State Bar No. 144,757)
*Fred.Berretta@kmob.com*
Boris Zelkind (State Bar No. 214,014)
*Boris.Zelkind@kmob.com*
Jeremy R. Pierce (State Bar No. 246,961)
*Jeremy.Pierce@kmob.com*
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street, Suite 1200
San Diego, CA 92101
Phone: (619) 235-8550
Facsimile: (619) 235-0176

Attorneys for Plaintiff
99¢ ONLY STORES

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 99¢ ONLY STORES, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>99¢ PLUS DISCOUNT STORE, a California company, ABDUL RAHMIN, an Individual, and DOES 1-20, INCLUSIVE,<br><br>　　　　　Defendants. | Civil Action No. 07-cv-06395-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO VACATE JUNE 6, 2008 CASE MANAGEMENT CONFERENCE**<br><br><br>Before the Honorable Charles R. Breyer |

1    **IT IS ORDERED** that the Case Management Conference currently set for June 6,
2    2008, before the Honorable Charles R. Breyer is vacated and taken off calendar.

5    IT IS SO ORDERED.

7    Dated:_____    By:_____
                                            Honorable Charles R. Breyer.
8                                           U.S. District Court Judge

99CENTL.109L
5472700
060408

[Proposed] Order Granting Plaintiff's
Request to Vacate CMC                    - 1 -              Case No. 07-cv-06395-CRB