1  Steven J. Nataupsky (State Bar No. 155,913)
   *Steven.Nataupsky@kmob.com*
2  Frederick S. Berretta (State Bar No. 144,757)
   *Fred.Berretta@kmob.com*
3  Boris Zelkind (State Bar No. 214,014)
   *Boris.Zelkind@kmob.com*
4  Jeremy R. Pierce (State Bar No. 246,961)
   *Jeremy.Pierce@kmob.com*
5  KNOBBE, MARTENS, OLSON & BEAR, LLP
   550 West C Street, Suite 1200
6  San Diego, CA 92101
   Phone: (619) 235-8550
7  Facsimile: (619) 235-0176

8  Attorneys for Plaintiff
   99¢ ONLY STORES

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 99¢ ONLY STORES, a California corporation, | Civil Action No. 07-cv-06395-CRB |
| Plaintiff, | [PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO VACATE JUNE 6, 2008 CASE MANAGEMENT CONFERENCE |
| v. | |
| 99¢ PLUS DISCOUNT STORE, a California company, ABDUL RAHMIN, an Individual, and DOES 1-20, INCLUSIVE, | |
| Defendants. | Before the Honorable Charles R. Breyer |

1   **IT IS ORDERED** that the Case Management Conference currently set for June 6,
2   2008, before the Honorable Charles R. Breyer is vacated and taken off calendar.

5   IT IS SO ORDERED.

7   Dated: June 5, 2008          By: _____
                                     Honorable Charles R. Breyer.
8                                    U.S. District Court Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" signed Judge Charles R. Breyer]*

99CENTL.109L
5472700
060408

[Proposed] Order Granting Plaintiff's
Request to Vacate CMC                  - 1 -                    Case No. 07-cv-06395-CRB