IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 99¢ ONLY STORES,<br><br>    Plaintiff,<br><br>  v.<br><br>99¢ PLUS DISCOUNT STORE, et al.,<br><br>    Defendants.<br>_____/ | No. C 07-06395 CRB<br><br>**JUDGMENT** |

    The Court having granted plaintiff's motion for default judgment of this trademark infringement action by Order dated July 8, 2008, judgment is entered in favor of plaintiff and against defendants 99¢ Plus Discount Store and Abdul Rahmin in the total amount of $1,330.69. In addition, defendants and their officers, agents, and employees and upon those persons in active concert or participation with them who receive actual notice of this order by personal service or otherwise, will be permanently enjoined and restrained from:

    A.    Using, copying, simulating, or in any other way infringing plaintiff's family of federally registered, state registered, and common law service marks, trade names, and trade dress, including, but not limited to, Federal Registration Nos. 1,959,640; 2,401,900; 1,947,809; 1,747,549; 1,741,928; 1,730,121; 1,712,553; 1,455,937; 1,395,427; 2,761,939; 3,132,449; 3,132,450; and 3,144,871; and California State Registration Nos. 23,078; 23,958; 40,745; and 42,970; and

     B.    Using "99", "99¢", "$.99", or "$0.99", or any mark confusingly similar thereto, as the name or part of the name of Defendants' business or corporation, and displaying any references to "99", "99¢", "$.99", or "$0.99", or any mark confusingly similar thereto, in or in connection with Defendants' business or corporate name.

**IT IS SO ORDERED.**

Dated: July 8, 2008

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE